# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>DOMINICK M. GUARNERI, *et al.*,<br><br>    Defendant. | CV 14-01997 TJH (SPx)<br><br><br>Order |

    The Court has considered Plaintiffs motion to remand, together with the moving papers.

    Federal courts are courts of limited jurisdiction, and it is presumed that a cause lies outside the limited jurisdiction, unless established otherwise by the party asserting jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 377, 114 S. Ct. 1673, 1675, 128 L. Ed. 2d 391, 395 (1994). Federal courts may adjudicate cases involving diversity of citizenship, when a party in interest is a government actor, or in actions arising under federal law. *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392, 107 S. Ct. 2425, 2429, 96 L. Ed.2d 318, 327 (1987).

• • • • • • •

Where there is no diversity of citizenship, or the claim does not "arise under" federal law, remand is appropriate. *International Primate Prot. League v. Administrators of Tulane Educ. Fund*, 500 U.S. 72, 88, 111 S. Ct. 1700, 1710, 114 L. Ed.2d 134, 150 (1991). The Federal National Mortgage Association is not a government actor, but a private corporation. 12 U.S.C. § 1716b. A cause may not be removed based on diversity of citizenship if any of the parties in interest is a citizen of the state in which such an action is brought. 28 U.S.C. § 1441(b)(2).

Here, removal was improper because the claims brought by the Plaintiff do not "arise under" federal law. Removal was improper because defendants are California residents. Thus, this Court lacks subject matter jurisdiction and remand is appropriate.

The Court has not considered Defendant's motion to dismiss.

It is Ordered that the motion to remand be, and hereby is, Granted.

It is further Ordered that this action be, and hereby is, Remanded.

Date: December 16, 2014

_____
Terry J. Hatter, Jr.
Senior United States District Judge